UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DECOPAC, INC., | Civil No. 06-942 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| PEOPLESOFT, INC., PEOPLESOFT USA, INC., and ORACLE USA, INC., | |
| Defendants. | |

---

The Court, having reviewed and considered the Stipulation of Dismissal of Plaintiff's Complaint with Prejudice (Doc. No. 7), and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint in the above-entitled action, and all claims and causes of action alleged by Plaintiff against Defendants in the above-entitled action, are hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE BE ENTERED FORTHWITH**.


Dated:  June 23, 2006         s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge